NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TESLA, INC.,**
*Appellant*

**v.**

**AUTONOMOUS DEVICES, LLC,**
*Appellee*

---

2025-1532

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-01172.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion to dismiss this appeal and absence of an objection in response to this court's July 16, 2026 order,

2                    TESLA, INC. v. AUTONOMOUS DEVICES, LLC

IT IS ORDERED THAT:

The motion is granted to the extent the appeal is dismissed with each party to bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 27, 2026
        Date

ISSUED AS A MANDATE: July 27, 2026